IN THE UNITED SATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**FLORA MONTGOMERY**                                                                                          **PLAINTIFF**

**VS.**                                                                         **CAUSE NO. 1:22-cv-00037-TBM-RHWR**

**ALLSTATE PROPERTY AND
CASUALTY INSURANCE COMPANY
and JOHN DOES 1-5**                                                                                         **DEFENDANTS**

## AGREED ORDER OF DISMISSAL

THIS CASE having come before the Court upon the *ore tenus* joint motion to dismiss, and the Court having been advised in the premises and having been advised that the parties have reached an amicable compromise settlement of the claims asserted in this action, finds that the motion is well taken and should be granted.

IT IS THERFORE ORDERED AND ADJUDGED that the Plaintiff's action against the Defendant is dismissed with prejudice with the parties to bear their own costs.

SO ORDERED, this the 14th day of June, 2022.

_____
UNITED STATES DISTRICT COURT JUDGE

*AGREED TO BY*:

 /s/ P. Manion Anderson
P. Manion Anderson, Esq. (MSB No. 104250)
*Attorney for Plaintiff*

 /s/ Matthew R. Anthony
Robert R. Stephenson, Esq. (MSB No. 10772)
Matthew R. Anthony, Esq. (MSB No. 105520)
*Attorney for Defendant*